**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Case No.   1:20-cr-10223-GAO-3 |
| STEFANIE HIRSCH | |
| *Defendant.* | |

**<u>NOTICE OF AMENDED PLEA AGREEMENT</u>**

COMES NOW, Defendant, Stefanie Hirsch, by and through her undersigned counsel, to provide notice of the Amended Plea Agreement reached in the above-noted matter, attached hereto as Exhibit 1.

Dated:  <u>July 9, 2021</u>                                    Respectfully submitted,

<u>  /s/ Thomas H. Barnard                      </u>
Thomas H. Barnard (entered *pro hac vice*)
Alexander M. McIntyre, Jr. (Bar No.: 558447)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
P: 410-862-1185
E: tbarnard@bakerdonelson.com

*Counsel for Defendant, Stefanie Hirsch*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of July, 2021, I caused the foregoing to be

electronically filed and served via this Court's CM/ECF system on:

Elysa Q. Wan
Assistant U.S. Attorney
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210
elysa.wan@usdoj.gov

*/s/ Thomas H. Barnard*
Thomas H. Barnard